John Lee SHUTE

v.

The STATE of Texas.

No. 0855–91.

Court of Criminal Appeals of Texas.

June 2, 1993.

Appeal from 263rd District Court of Harris County; Charles Hearn, Judge.

Prior report: Tex.App., 812 S.W.2d 61.

On state's petition for discretionary review: judgment of the Court of Appeals vacated and cause remanded to that court.

OVERSTREET, J., dissents.

CLINTON and MALONEY, JJ., dissent with note.